IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
7:04-CR-123-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| SYLVESTER MURRAY, III, | ) | |
| | ) | |
| Defendant. | ) | |

This case comes before the court *sua sponte* to determine the status of defendant's treatment ordered by this court (D.E. 40) on 26 April 2010 pursuant to 18 U.S.C. § 4241(d). On 6 August 2010, the court was notified by Warden Sara M. Revell that the treatment period for defendant had begun and was calculated to end on 29 November 2010. The Warden further represented that the final report would be provided to the court within 14 working days of 29 November 2010 (*i.e.*, 17 December 2010). As of the date of this order, no report has been submitted to the court.

IT IS THEREFORE ORDERED that the parties shall file a joint memorandum as soon as practicable, but not later than Monday, 10 January 2011, regarding the status of the final report on defendant's treatment period. The memorandum shall include the date of completion of the treatment period, or expected date if not already completed, and the expected date of submission of the report.

SO ORDERED, this the 4th day of January 2011.

James E. Gates
United States Magistrate Judge