UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:04-CR-123-F

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| SYLVESTER MURRAY, III ) | |

This matter is before the Court upon the government's motion for early termination of supervised release. The Court finds pursuant to 18 U.S.C. § 3583(e)(1) that termination of supervised release is warranted by Defendant's conduct and the interest of justice. Accordingly, the government's motion is hereby GRANTED, and the term of supervised release is hereby terminated.

SO ORDERED.

This the 17 day of September, 2014.

_____
JAMES C. FOX
Senior United States District Judge